W. B. JENKINS, *Appellant*, v. THE MISSOURI, KANSAS & TEXAS RAILWAY COMPANY, *Appellee.*
No. 16,639.

Appeal from Miami district court. Opinion filed November 5, 1910. Dismissed.

*Frank M. Sheridan,* for the appellant.

*John Madden,* and *W. W. Brown,* for the appellee.

*Per Curiam:* The appeal must be dismissed. The item of clerk's fees is clearly costs and can not be considered in arriving at the amount necessary to jurisdiction. The same is true of the fees for mileage and attendance of the expert witnesses. If the remaining sum in controversy be costs it can not be considered. If it be something other than costs it is less than $100.

---

THE STATE OF KANSAS, *Appellee*, v. GEORGE WRIGHT, *Appellant.*
No. 16,987.

Appeal from Cowley district court. Opinion filed November 5, 1910. Affirmed.

*L. C. Brown,* for the appellant.

*Fred S. Jackson,* attorney-general, *Charles D. Shukers,* special assistant attorney-general, and *Ed J. Fleming,* for the appellee.

*Per Curiam:* The sole ground of this appeal from a conviction for selling intoxicating liquor in violation of law is that the evidence does not sustain the verdict. After reading the evidence set out in the abstracts, it is found to be sufficient. It is unnecessary to repeat it here.

The judgment is affirmed.